

**JUDGMENT**

# Court of Appeals

# First District of Texas

NO. 01-13-00737-CV

CRYOGENIC VESSEL ALTERNATIVES, INC., Appellant

V.

LILY AND YVETTE CONSTRUCTION, LLC, Appellee

Appeal from the 253rd District Court of Chambers County.   (Tr. Ct. CV-27397-A).

After inspecting the record of the court below, the Court holds that it lacks subject-matter jurisdiction over this appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered January 15, 2015.

Panel consists of Chief Justice Radack and Justices Bland and Huddle. Opinion delivered by Chief Justice Radack.